## R & R PROVISION COMPANY
EASTON PA 18044-0889

CO. NO. 6007

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 8 | 44342 | HOLLIANNE WAUGH | XXX-XX | M 0 | 7/22/19-7/28/19 | 8/02/19 | 74462 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 15.850 | 634.00 | SOCSEC | 34.82 | 932.92 | GROSS | 698.67 | 19020.23 |
| OT1 | 2.72 | 23.775 | 64.67 | MDCARE | 8.14 | 218.21 | | | |
| | | | | FED WH | 31.38 | 745.36 | | | |
| | | | | PA TAX | 17.24 | 461.93 | | | |
| | | | | CTY TX | 10.95 | 293.41 | | | |
| | | | | SUI | .42 | 11.42 | | | |
| | | | | LST | 1.00 | 31.00 | | | |
| | | | | PSLOAN | 108.39 | 3360.09 | | | |
| | | | | PPO | 137.00 | 3973.00 | | | |
| | | | | 401K | 20.96 | 570.61 | | | |

| TOTAL PAY | 698.67 | TOTAL DEDUCTIONS | 370.30 | NET PAY | 328.37 |
|---|---|---|---|---|---|

V 40.00

JetPay

PAY STATEMENT

---

## R & R PROVISION COMPANY
EASTON PA 18044-0889

CO. NO. 6007

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 8 | 44342 | HOLLIANNE WAUGH | XXX-XX | M 0 | 7/15/19-7/21/19 | 7/26/19 | 74434 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 37.28 | 15.850 | 590.89 | SOCSEC | 28.14 | 898.10 | GROSS | 590.89 | 18321.56 |
| | | | | MDCARE | 6.58 | 210.07 | | | |
| | | | | FED WH | 20.92 | 713.98 | | | |
| | | | | PA TAX | 13.93 | 444.69 | | | |
| | | | | CTY TX | 8.85 | 282.46 | | | |
| | | | | SUI | .35 | 11.00 | | | |
| | | | | LST | 1.00 | 30.00 | | | |
| | | | | PSLOAN | 108.39 | 3251.70 | | | |
| | | | | PPO | 137.00 | 3836.00 | | | |
| | | | | 401K | 17.73 | 549.65 | | | |

| TOTAL PAY | 590.89 | TOTAL DEDUCTIONS | 342.89 | NET PAY | 248.00 |
|---|---|---|---|---|---|

V 40.00

JetPay

PAY STATEMENT

---

## R & R PROVISION COMPANY
EASTON PA 18044-0889

CO. NO. 6007

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 8 | 44342 | HOLLIANNE WAUGH | XXX-XX | M 0 | 7/08/19-7/14/19 | 7/19/19 | 74403 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 15.850 | 634.00 | SOCSEC | 33.35 | 869.96 | GROSS | 674.89 | 17730.67 |
| OT1 | 1.72 | 23.775 | 40.89 | MDCARE | 7.80 | 203.49 | | | |
| | | | | FED WH | 29.07 | 693.06 | | | |
| | | | | PA TAX | 16.51 | 430.76 | | | |
| | | | | CTY TX | 10.49 | 273.61 | | | |
| | | | | SUI | .40 | 10.65 | | | |
| | | | | LST | 1.00 | 29.00 | | | |
| | | | | PSLOAN | 108.39 | 3143.31 | | | |
| | | | | PPO | 137.00 | 3699.00 | | | |
| | | | | 401K | 20.25 | 531.92 | | | |

| TOTAL PAY | 674.89 | TOTAL DEDUCTIONS | 364.26 | NET PAY | 310.63 |
|---|---|---|---|---|---|

V 40.00

JetPay

PAY STATEMENT

## R & R PROVISION COMPANY
EASTON PA 18044-0889

CO. NO. 6007

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 8 | 44342 | HOLLIANNE WAUGH | XXX-XX | M  0 | 7/01/19-7/07/19 | 7/12/19 | 74373 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 27.98 | 15.850 | 443.48 | SOCSEC | 26.86 | 836.61 | GROSS | 570.28 | 17055.78 |
| HOL | 8.00 | 15.850 | 126.80 | MDCARE | 6.28 | 195.69 | | | |
| | | | | FED WH | 18.92 | 663.99 | | | |
| | | | | PA TAX | 13.30 | 414.25 | | | |
| | | | | CTY TX | 8.45 | 263.12 | | | |
| | | | | SUI | .34 | 10.25 | | | |
| | | | | LST | 1.00 | 28.00 | | | |
| | | | | PSLOAN | 108.39 | 3034.92 | | | |
| | | | | PPO | 137.00 | 3562.00 | | | |
| | | | | 401K | 17.11 | 511.67 | | | |

TOTAL PAY    570.28    TOTAL DEDUCTIONS    337.65    NET PAY    232.63
V    40.00

PAY STATEMENT

---

## R & R PROVISION COMPANY
EASTON PA 18044-0889

CO. NO. 6007

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 8 | 44342 | HOLLIANNE WAUGH | XXX-XX | M  0 | 6/24/19-6/30/19 | 7/05/19 | 74343 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 15.850 | 634.00 | SOCSEC | 35.16 | 809.75 | GROSS | 704.14 | 16485.50 |
| OT1 | 2.95 | 23.775 | 70.14 | MDCARE | 8.22 | 189.41 | | | |
| | | | | FED WH | 31.91 | 645.07 | | | |
| | | | | PA TAX | 17.41 | 400.95 | | | |
| | | | | CTY TX | 11.06 | 254.67 | | | |
| | | | | SUI | .42 | 9.91 | | | |
| | | | | LST | 1.00 | 27.00 | | | |
| | | | | PSLOAN | 108.39 | 2926.53 | | | |
| | | | | PPO | 137.00 | 3425.00 | | | |
| | | | | 401K | 21.12 | 494.56 | | | |

TOTAL PAY    704.14    TOTAL DEDUCTIONS    371.69    NET PAY    332.45
V    40.00

PAY STATEMENT

---

## R & R PROVISION COMPANY
EASTON PA 18044-0889

CO. NO. 6007

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 8 | 44342 | HOLLIANNE WAUGH | XXX-XX- | M  0 | 6/17/19-6/23/19 | 6/28/19 | 74312 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 34.70 | 15.850 | 550.00 | SOCSEC | 25.61 | 774.59 | GROSS | 550.00 | 15781.36 |
| | | | | MDCARE | 5.99 | 181.19 | | | |
| | | | | FED WH | 16.96 | 613.16 | | | |
| | | | | PA TAX | 12.68 | 383.54 | | | |
| | | | | CTY TX | 8.05 | 243.61 | | | |
| | | | | SUI | .33 | 9.49 | | | |
| | | | | LST | 1.00 | 26.00 | | | |
| | | | | PSLOAN | 108.39 | 2818.14 | | | |
| | | | | PPO | 137.00 | 3288.00 | | | |
| | | | | 401K | 16.50 | 473.44 | | | |

TOTAL PAY    550.00    TOTAL DEDUCTIONS    332.51    NET PAY    217.49
V    40.00

PAY STATEMENT