UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                  |    Chapter 13

      HOLLY WAUGH        |    Bankruptcy No.19-15747-AMC

                Debtor    |

## CERTIFICATE OF SERVICE

      I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 10th day of March, 2020, by first class mail upon

those listed below:

HOLLY WAUGH
2138 Hay Street
Easton, PA  18042

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

 

*/s/ Deborah A. Earnshaw*
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee