**Statement of Earnings For:** HOLLIANNE WAUGH

**R & R Provision Company**
1220 NORTHAMPTON ST
Easton, PA 18044
610-258-5366

| Employee #: | 44342 | Division | | Period Begin: | 9/16/2019 | Check Date: | 9/27/2019 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 6 | Period End: | 9/22/2019 | Pay Type: | Hourly |
| SSN: | XXX-XX-6972 | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | |
| Company Id: | 06007 | State Filing: | | Exemptions: | | Additional Tax: | |

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 75227 | $189.96 | $513.06 | $189.96 |

### EARNINGS
*Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 15.8500 | 32.37 | 513.06 | 1,305.06 | 20,685.20 |
| *Match | | 0.00 | 3.85 | 0.00 | 180.47 |
| Overtime1.5 | | 0.00 | 0.00 | 35.16 | 835.92 |
| Vacation | | 0.00 | 0.00 | 120.00 | 1,902.00 |
| Holiday | | 0.00 | 0.00 | 40.00 | 634.00 |
| **Total:** | | 32.37 | 513.06 | 1,500.22 | 24,057.12 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 23.31 | 1,177.26 |
| MED EE | 5.46 | 275.33 |
| FEDERAL WH | 13.37 | 942.80 |
| PENNSYLVANIA | 11.55 | 582.92 |
| EASTON | 7.33 | 370.25 |
| PENNSYLVANIA | 0.30 | 14.43 |
| EASTON LST | 1.00 | 39.00 |
| **Total:** | 62.32 | 3,401.99 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Loan | 0.00 | 3,360.09 |
| Medical Pre | 137.00 | 5,069.00 |
| 401k | 15.39 | 721.72 |
| 401k Loan New | 108.39 | 867.12 |
| **Total:** | 260.78 | 10,017.93 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| Statement of Earnings For: | HOLLIANNE WAUGH | | | | R & R Provision Company |
|---|---|---|---|---|---|
| Employee #: 44342 | Division: | Period Begin: 9/9/2019 | Check Date: 9/20/2019 | | 1220 NORTHAMPTON ST |
| Clock Number: | Department: 8 | Period End: 9/15/2019 | Pay Type: Hourly | | Easton, PA 18044 |
| SSN: XXX-XX-6972 | Federal Filing: Married | Exemptions: 0 | Additional Tax: | | 610-258-5366 |
| Company Id: 06007 | State Filing: | Exemptions: | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 75198 | $314.18 | $679.65 | $314.18 | |

### EARNINGS / TAXES / DEDUCTIONS

| Description | Rate | Hours | Dollars | YTD Hours* | YTD Dollars* | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 15.8500 | 40.00 | 634.00 | 1,272.69 | 20,172.14 | SOC SEC EE | 33.65 | 1,153.95 | 401k Loan | 0.00 | 3,360.09 |
| Overtime1.S | 23.7750 | 1.92 | 45.65 | 35.16 | 835.92 | MED EE | 7.86 | 269.87 | Medical Pre | 137.00 | 4,932.00 |
| Match | | 0.00 | 5.10 | 0.00 | 176.62 | FEDERAL WH | 29.53 | 929.43 | 401k | 20.39 | 706.33 |
| Vacation | | 0.00 | 0.00 | 120.00 | 1,902.00 | PENNSYLVANIA | 16.66 | 571.37 | 401k Loan New | 108.39 | 758.73 |
| Holiday | | 0.00 | 0.00 | 40.00 | 634.00 | EASTON | 10.58 | 362.92 | | | |
| | | | | | | PENNSYLVANIA | 0.41 | 14.13 | | | |
| | | | | | | EASTON LST | 1.00 | 38.00 | | | |
| **Total:** | | 41.92 | 679.65 | 1,467.85 | 23,544.06 | **Total:** | 99.69 | 3,339.67 | **Total:** | 265.78 | 9,757.15 |

*Not included in Totals

### CURRENT PERIOD LEAVE ACCRUAL / DISTRIBUTION OF NET PAY

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 | | | |

| Statement of Earnings For: | HOLLIANNE WAUGH | | | | | | R. & R. Provision Company |
|---|---|---|---|---|---|---|---|
| Employee #: 44342 | Division | | Period Begin: 9/2/2019 | Check Date: 9/13/2019 | | | 1220 NORTHAMPTON ST |
| Clock Number: | Department 8 | | Period End: 9/8/2019 | Pay Type: Hourly | | | Easton, PA 18044 |
| SSN: XXX-XX-6972 | Federal Filing: Married | | Exemptions: 0 | Additional Tax: | | | 610-258-5366 |
| Company Id: 06007 | State Filing: | | Exemptions: | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 75169 | $221.04 | $554.75 | $221.04 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.8500 | 27.00 | 427.95 | 1,232.69 | 19,538.14 | SOC SEC EE | 25.90 | 1,120.30 | 401k Loan | 0.00 | 3,360.09 |
| Holiday | 15.8500 | 8.00 | 126.80 | 40.00 | 634.00 | MED EE | 6.06 | 262.01 | Medical Pre | 137.00 | 4,795.00 |
| *Match | | 0.00 | 4.16 | 0.00 | 171.52 | FEDERAL WH | 17.42 | 899.90 | 401k | 16.64 | 685.94 |
| Overtime1.5 | | 0.00 | 0.00 | 33.24 | 790.27 | PENNSYLVANIA | 12.82 | 554.71 | 401k Loan New | 108.39 | 650.34 |
| Vacation | | 0.00 | 0.00 | 120.00 | 1,902.00 | EASTON | 8.15 | 352.34 | | | |
| | | | | | | PENNSYLVANIA | 0.33 | 13.72 | | | |
| | | | | | | EASTON LST | 1.00 | 37.00 | | | |
| Total: | | 35.00 | 554.75 | 1,425.93 | 22,864.41 | Total: | 71.68 | 3,239.98 | Total: | 262.03 | 9,491.37 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 | | | |

03/11/2020 14:03 (FAX) P.006/008

THE FACE OF THIS DOCUMENT HAS A BLUE/RED BACKGROUND ON WHITE PAPER · THE BACK CONTAINS A TRUE WATERMARK · HOLD UP TO LIGHT TO VIEW

R & R Provision Company
1220 NORTHAMPTON ST
Easton, PA 18044
610-258-5366

BRANCH BANKING & TRUST
2501 Wooten Blvd SW
Wilson, NC 27893

| CHECK DATE | CHECK NUMBER |
|---|---|
| 9/6/2019 | 75138 |

PAY: Three Hundred Eight and 85/100 Dollars ******

PAY THIS AMOUNT
********$308.85

TO THE ORDER OF:
44342 8
**HOLLIANNE WAUGH**
2138 HAY STREET
EASTON, PA 18042

Authorized Signature

⑆000075138⑆ ⑉031309123⑉ 1390004327108⑊

Missing stub

| Statement of Earnings For: | HOLLIANNE WAUGH | | | | | R & R Provision Company |
|---|---|---|---|---|---|---|
| Employee #: 44342 | Division: | | Period Begin: 8/12/2019 | Check Date: 8/23/2019 | | 1220 NORTHAMPTON ST |
| Clock Number: | Department: 8 | | Period End: 8/18/2019 | Pay Type: Hourly | | Easton, PA 18044 |
| SSN: XXX-XX-6972 | Federal Filing: Married | | Exemptions: 0 | Additional Tax: | | 610-258-5366 |
| Company Id: 06007 | State Filing: | | Exemptions: | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 75082 | $350.53 | $728.38 | $350.53 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.8500 | 40.00 | 634.00 | 1,165.69 | 18,476.19 | SOC SEC EE | 36.66 | 1,061.20 | 401k Loan | 0.00 | 3,360.09 |
| Overtime1.5 | 23.7750 | 3.97 | 94.38 | 31.62 | 751.75 | MED EE | 8.57 | 248.18 | Medical Pre | 137.00 | 4,521.00 |
| Match | | 0.00 | 5.46 | 0.00 | 162.32 | FEDERAL WH | 34.26 | 853.64 | 401k | 21.85 | 649.12 |
| Vacation | | 0.00 | 0.00 | 120.00 | 1,902.00 | PENNSYLVANIA | 18.16 | 525.45 | 401k Loan New | 108.39 | 433.56 |
| Holiday | | 0.00 | 0.00 | 32.00 | 507.20 | EASTON | 11.53 | 333.75 | | | |
| | | | | | | PENNSYLVANIA | 0.43 | 12.98 | | | |
| | | | | | | EASTON LST | 1.00 | 35.00 | | | |
| Total: | | 43.97 | 728.38 | 1,349.31 | 21,637.14 | Total: | 110.61 | 3,070.20 | Total: | 267.24 | 8,963.77 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 | | | |

| Statement of Earnings For: | HOLLIANNE WAUGH | | | | | | | R & R Provision Company |
|---|---|---|---|---|---|---|---|---|
| Employee #: 44342 | Division: | | Period Begin: 8/5/2019 | | Check Date: 8/16/2019 | | | 1220 NORTHAMPTON ST |
| Clock Number: | Department: 8 | | Period End: 8/11/2019 | | Pay Type: Hourly | | | Easton, PA 18044 |
| SSN: XXX-XX-6972 | Federal Filing: Married | | Exemptions: 0 | | Additional Tax: | | | 610-258-5366 |
| Company Id: 6007 | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | | Check Message |
|---|---|---|---|---|---|
| 75054 | $315.57 | $681.55 | $315.57 | | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.8500 | 40.00 | 634.00 | 1,125.69 | 17,842.19 | SOC SEC EE | 33.77 | 1,024.54 | 401k Loan | 0.00 | 3,360.09 |
| Overtime1.5 | 23.7750 | 2.00 | 47.55 | 27.65 | 657.37 | MED EE | 7.90 | 239.61 | Medical Pre | 137.00 | 4,384.00 |
| Match | | 0.00 | 5.11 | 0.00 | 156.86 | FEDERAL WH | 29.72 | 819.38 | 401k | 20.45 | 627.27 |
| Vacation | | 0.00 | 0.00 | 120.00 | 1,902.00 | PENNSYLVANIA | 16.72 | 507.29 | 401k Loan New | 108.39 | 325.17 |
| Holiday | | 0.00 | 0.00 | 32.00 | 507.20 | EASTON | 10.62 | 322.22 | | | |
| | | | | | | PENNSYLVANIA | 0.41 | 12.55 | | | |
| | | | | | | EASTON LST | 1.00 | 34.00 | | | |
| Total: | | 42.00 | 681.55 | 1,305.34 | 20,908.76 | Total: | 100.14 | 2,959.59 | Total: | 265.84 | 8,696.53 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 40.00 | | | |

| Statement of Earnings For: | HOLLIANNE WAUGH | | | R & R Provision Company |
|---|---|---|---|---|
| Employee #: 44342 | Division | Period Begin: 8/5/2019 | Check Date: 8/16/2019 | 1220 NORTHAMPTON ST |
| Clock Number: | Department: 8 | Period End: 8/11/2019 | Pay Type: Hourly | Easton, PA 18044 |
| SSN: XXX-XX-6972 | Federal Filing: Married | Exemptions: 0 | Additional Tax: | 610-258-5366 |
| Company Id: 6007 | State Filing: | Exemptions: | Additional Tax: | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 75053 | $280.14 | $634.00 | $280.14 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Vacation | 15.8500 | 40.00 | 634.00 | 120.00 | 1,902.00 |
| *Match | | 0.00 | 4.76 | 0.00 | 151.75 |
| Regular | | 0.00 | 0.00 | 1,085.69 | 17,208.19 |
| Overtime1.5 | | 0.00 | 0.00 | 25.65 | 609.82 |
| Holiday | | 0.00 | 0.00 | 32.00 | 507.20 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 30.81 | 990.77 |
| MED EE | 7.20 | 231.71 |
| FEDERAL WH | 25.11 | 789.66 |
| PENNSYLVANIA | 15.26 | 490.57 |
| EASTON | 9.69 | 311.60 |
| PENNSYLVANIA | 0.38 | 12.14 |
| EASTON LST | 1.00 | 33.00 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Loan | 0.00 | 3,360.09 |
| Medical Pre | 137.00 | 4,247.00 |
| 401k | 19.02 | 606.82 |
| 401k Loan New | 108.39 | 216.78 |

| Total: | 40.00 | 634.00 | 1,263.34 | 20,227.21 | Total: | 89.45 | 2,859.45 | Total: | 264.41 | 8,430.69 |

### CURRENT PERIOD LEAVE ACCRUAL

| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 40.00 |

### DISTRIBUTION OF NET PAY

**Statement of Earnings For:** HOLLIANNE WAUGH

**R & R Provision Company**
1220 NORTHAMPTON ST
Easton, PA 18044
610-258-5366

| Employee #: | 44342 | Division: | | Period Begin: | 7/29/2019 | Check Date: | 8/9/2019 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 8 | Period End: | 8/4/2019 | Pay Type: | Hourly |
| SSN: | XXX-XX-6972 | Federal Filing: | Married | Exemptions: | 0 | Additional Tax: | |
| Company Id: | 6007 | State Filing: | | Exemptions: | | Additional Tax: | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 75023 | $234.65 | $572.98 | $234.65 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 15.8500 | 36.15 | 572.98 | 1,085.69 | 17,208.19 |
| *Match | | 0.00 | 4.30 | 0.00 | 146.99 |
| Overtime1.5 | | 0.00 | 0.00 | 25.65 | 609.82 |
| Vacation | | 0.00 | 0.00 | 80.00 | 1,266.00 |
| Holiday | | 0.00 | 0.00 | 32.00 | 507.20 |
| **Total:** | | 36.15 | 572.98 | 1,223.34 | 19,593.21 |

*Not Included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 27.04 | 959.96 |
| MED EE | 6.30 | 224.51 |
| FEDERAL WH | 19.19 | 764.55 |
| PENNSYLVANIA | 13.38 | 475.31 |
| EASTON | 8.50 | 301.91 |
| PENNSYLVANIA | 0.34 | 11.76 |
| EASTON LST | 1.00 | 32.00 |
| **Total:** | 75.75 | 2,770.00 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Loan | 0.00 | 3,360.09 |
| Medical Pre | 137.00 | 4,110.00 |
| 401k | 17.19 | 587.80 |
| 401k Loan New | 108.39 | 108.39 |
| **Total:** | 262.58 | 8,166.28 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance 40.00 |

### DISTRIBUTION OF NET PAY