| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-15747-PMM

HOLLY WAUGH
2138 Hay Street
Easton  PA    18042

Petition Filed Date: 09/15/2019
341 Hearing Date: 12/03/2019
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2019 | $380.00 | | 12/26/2019 | $190.00 | | 01/28/2020 | $190.00 | |
| 03/02/2020 | $190.00 | | 04/17/2020 | $190.00 | | 06/03/2020 | $400.00 | |

**Total Receipts for the Period: $1,540.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,540.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,540.00 | Current Monthly Payment: | $280.00 |
| Paid to Claims: | $0.00 | Arrearages: | $280.00 |
| Paid to Trustee: | $141.65 | Total Plan Base: | $15,820.00 |
| Funds on Hand: | $1,398.35 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.