**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-15747(PMM) |
| HOLLY WAUGH | : | CHAPTER 13 |
| aka HOLLIANNE WAUGH | : | |
| | : | HEARING SCHEDULED FOR |
| Debtor | : | SEPTEMBER 22, 2020 AT 10:00 A.M. |

**CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy

of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C.

§362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect

to said Motion in the above-captioned bankruptcy case were served via first class mail on

August 28, 2020, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:   August 28, 2020            By:   /s/ Regina Cohen
                                          Regina Cohen, Esquire
                                          Attorneys for Ally Financial Inc.

## SERVICE LIST

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Holly Waugh
2138 Hay Street
Easton, PA 18042


2183491v1