United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                       Case No. 19-15747-pmm

Holly Waugh                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: Adminstra                                 Page 1 of 2

Date Rcvd: Dec 10, 2020                  Form ID: 155                                Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly Waugh, 2138 Hay Street, Easton, PA 18042-5350 |
| 14529795 | + | Ally Financial, Inc., c/o Regina Cohen, Esq., 190 North Independence Mall W, Ste 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14388847 | + | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14388849 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14388848 | + | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14388850 | + | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 14388851 | #+ | Northgate Urology Associates, 5325 Northgate Drive, Suite 203, Bethlehem, PA 18017-9413 |
| 14388855 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14391329 | + | The Bank of New York Mellon as Trustee for CWABS,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14388842 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2020 05:10:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14427011 | | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2020 05:10:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14388843 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2020 05:10:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 14388844 | + | Email/Text: bnc-capio@quantum3group.com | Dec 11 2020 05:10:00 | Capio Partners LLC, PO Box 3209, Sherman, TX 75091-3209 |
| 14388845 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2020 05:10:00 | Comenity/Fashion Bug, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14388846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2020 05:10:00 | Comenity/Fashion Bug, Po Box 182789, Columbus, OH 43218-2789 |
| 14418912 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 11 2020 04:37:45 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14388853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 04:42:11 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14388852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 04:48:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14388854 | + | Email/Text: jennifer.chacon@spservicing.com | Dec 11 2020 05:11:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14389347 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 04:37:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: 155 | Total Noticed: 21 |

| 14406824 | Email/Text: jennifer.chacon@spservicing.com | | |
|---|---|---|---|
| | | Dec 11 2020 05:11:00 | The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, LLC, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Holly Waugh support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Holly Waugh
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−15747−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 10, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

47
Form 155