| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-15747-PMM

HOLLY WAUGH
2138 Hay Street
Easton  PA    18042

Petition Filed Date: 09/15/2019
341 Hearing Date: 12/03/2019
Confirmation Date: 12/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $190.00 | | 03/02/2020 | $190.00 | | 04/17/2020 | $190.00 | |
| 06/03/2020 | $400.00 | | 11/30/2020 | $1,280.00 | | 12/21/2020 | $100.00 | |
| 02/23/2021 | $200.00 | | 04/26/2021 | $200.00 | | 04/26/2021 | $350.00 | |
| 06/01/2021 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $4,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Mortgage Arrears | $10,006.46 | $123.87 | $9,882.59 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $511.41 | $0.00 | $511.41 |
| 3 | ALLY FINANCIAL »» 003 | Secured Creditors | $434.28 | $0.00 | $434.28 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 01P | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15747-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,670.00 | Current Monthly Payment: | $280.00 |
| Paid to Claims: | $3,373.87 | Arrearages: | ($50.00) |
| Paid to Trustee: | $390.75 | Total Plan Base: | $15,820.00 |
| Funds on Hand: | $905.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.