# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HOLLY WAUGH  :  CHAPTER 13
:
Debtor(s)  :  BANKRUPTCY NO. 19-15747

## ORDER

AND NOW, this 9th day of September, 2021, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED ~~that the Debtor be allowed to Modify the Amended Plan by filing a Third Amended Plan.~~ that the Debtor's Motion is GRANTED and the Debtor's Fourth Amended Plan filed on September 8, 2021 (doc. no. 70) is CONFIRMED.

*Patricia M. Mayer*
_____
J.