| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-15747-PMM**

HOLLY WAUGH
2138 Hay Street
Easton  PA    18042

Petition Filed Date: 09/15/2019
341 Hearing Date: 12/03/2019
Confirmation Date: 12/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $200.00 | | 04/26/2021 | $350.00 | | 06/01/2021 | $1,000.00 | |
| 06/28/2021 | $280.00 | | 07/26/2021 | $280.00 | | 09/15/2021 | $500.00 | |
| 09/17/2021 | $100.00 | | 11/08/2021 | $380.00 | | 01/31/2022 | $50.00 | |
| 02/07/2022 | $50.00 | | 03/07/2022 | $100.00 | | 04/18/2022 | $400.00 | |
| 04/25/2022 | $380.00 | | 05/20/2022 | $150.00 | | 05/20/2022 | $380.00 | |
| 06/17/2022 | $380.00 | | 07/05/2022 | $358.00 | | 07/15/2022 | $358.00 | |

**Total Receipts for the Period:  $5,696.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $8,816.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC<br>»» 001 | Mortgage Arrears | $10,006.46 | $3,714.89 | $6,291.57 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $511.41 | $0.00 | $511.41 |
| 3 | ALLY FINANCIAL<br>»» 003 | Secured Creditors | $434.28 | $161.23 | $273.05 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 01P | Mortgage Arrears | $1,568.16 | $444.24 | $1,123.92 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 19-15747-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,816.00 | Current Monthly Payment: | $358.00 |
| Paid to Claims: | $7,570.36 | Arrearages: | $352.00 |
| Paid to Trustee: | $745.63 | Total Plan Base: | $18,118.00 |
| Funds on Hand: | $500.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.