# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HOLLY WAUGH            :         CHAPTER 13
                                     :
      **Debtor**                      :         NO. 19-15747

## CERTIFICATE OF NO RESPONSE

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: 8/19/22                                          s/ Paul H. Young, Esquire
                                                              Young, Marr, Mallis & Associates
                                                              3554 Hulmeville Road
                                                              Suite 102
                                                              Bensalem, PA   19020