**IN THE UNITED STATES BANKRUPTCY COURT FOR**

EASTERN            **DISTRICT OF** PENNSYLVANIA

READING            **DIVISION**

In re

HOLLIANNE WAUGH

 

                                Debtors.

In Chapter 13 Proceeding

Case No. 19-15747

## **REQUEST TO DISCONTINUE SERVICE OF NOTICES**

      **PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 9/16/2019 Docket Number 6 .

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

       Valerie Smith
       PRA Receivables Management, LLC
       PO Box 41021
       Norfolk, VA 23541
       TEL: (877) 885-5919
       FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

PAUL H YOUNG
Attorney

SCOTT WATERMAN
Chapter 13  Trustee

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257