| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-15747-PMM**

HOLLY WAUGH
2138 Hay Street
Easton  PA   18042

Petition Filed Date: 09/15/2019
341 Hearing Date: 12/03/2019
Confirmation Date: 12/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $380.00 | | 09/23/2022 | $380.00 | | 10/24/2022 | $380.00 | |
| 11/21/2022 | $380.00 | | 02/10/2023 | $380.00 | | 03/24/2023 | $380.00 | |
| 04/24/2023 | $380.00 | | 06/30/2023 | $200.00 | | 07/14/2023 | $380.00 | |
| 07/17/2023 | $250.00 | | 07/28/2023 | $380.00 | | | | |

**Total Receipts for the Period: $3,870.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,686.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Mortgage Arrears | $10,006.46 | $6,332.41 | $3,674.05 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $511.41 | $0.00 | $511.41 |
| 3 | ALLY FINANCIAL »» 003 | Secured Creditors | $434.28 | $274.83 | $159.45 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 01P | Mortgage Arrears | $1,568.16 | $911.83 | $656.33 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-15747-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,686.00 | Current Monthly Payment: | $358.00 |
| Paid to Claims: | $11,269.07 | Arrearages: | $778.00 |
| Paid to Trustee: | $1,071.13 | Total Plan Base: | $18,118.00 |
| Funds on Hand: | $345.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.