| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-15747-PMM**

HOLLY WAUGH
2138 Hay Street
Easton  PA    18042

Petition Filed Date: 09/15/2019
341 Hearing Date: 12/03/2019
Confirmation Date: 12/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $380.00 | | 08/28/2023 | $380.00 | | 09/27/2023 | $380.00 | |
| 10/23/2023 | $380.00 | | 11/21/2023 | $380.00 | | 12/15/2023 | $380.00 | |
| 01/26/2024 | $380.00 | | 02/26/2024 | $380.00 | | 03/22/2024 | $380.00 | |
| 04/29/2024 | $380.00 | | 06/28/2024 | $380.00 | | | | |

**Total Receipts for the Period: $4,180.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,246.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Mortgage Arrears | $10,006.46 | $9,703.18 | $303.28 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $511.41 | $0.00 | $511.41 |
| 3 | ALLY FINANCIAL »» 003 | Secured Creditors | $434.28 | $421.12 | $13.16 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 01P | Mortgage Arrears | $1,568.16 | $1,513.98 | $54.18 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 5 | CAPIO PARTNERS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | COMENITY/FASHIONBUG | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | FIRSTSOURCE ADVANTAGE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | IC SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MCCLURE LAW OFFICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEDICAL REVENUE SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NORTHGATE UROLOGY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15747-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,246.00 | Current Monthly Payment: | $358.00 |
| Paid to Claims: | $15,388.28 | Arrearages: | $872.00 |
| Paid to Trustee: | $1,515.72 | Total Plan Base: | $18,118.00 |
| Funds on Hand: | $342.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.