United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15747-pmm |
| Holly Waugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Holly Waugh, 2138 Hay Street, Easton, PA 18042-5350 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAMERON DEANE | |
| | on behalf of Debtor Holly Waugh cdeane@weltman.com  tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | |
| | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17 mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | |
| | on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 234 | Total Noticed: 1 |

PAUL H. YOUNG
    on behalf of Debtor Holly Waugh support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Holly Waugh
        Debtor(s)                                Case No:19−15747−pmm
                                                     Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                               For The Court


                                                               Timothy McGrath,
                                                               Clerk of Court

Date: 10/21/24

                                                               100
                                                               Form 234