Certificate Number: 03621-PAE-DE-039012629

Bankruptcy Case Number: 19-15747



03621-PAE-DE-039012629

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2024, at 1:24 o'clock PM EDT, Hollianne Waugh completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 29, 2024

By:  /s/Ashley Bradley

Name:  Ashley Bradley

Title:  Credit Counselor