United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15747-pmm
Holly Waugh  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Oct 30, 2024 | Form ID: 138OBJ | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly Waugh, 2138 Hay Street, Easton, PA 18042-5350 |
| 14529795 | + | Ally Financial, Inc., c/o Regina Cohen, Esq., 190 North Independence Mall W, Ste 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14388851 | + | Northgate Urology Associates, 5325 Northgate Drive, Suite 203, Bethlehem, PA 18017-9413 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 31 2024 00:02:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 31 2024 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14388842 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 31 2024 00:02:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14427011 | | Email/Text: ally@ebn.phinsolutions.com | Oct 31 2024 00:02:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14388843 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 31 2024 00:02:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 14388844 | + | Email/Text: bnc-capio@quantum3group.com | Oct 31 2024 00:02:00 | Capio Partners LLC, PO Box 3209, Sherman, TX 75091-3209 |
| 14388845 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14388846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 00:02:00 | Comenity/Fashion Bug, Po Box 182789, Columbus, OH 43218-2789 |
| 14418912 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2024 00:18:17 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14388847 | + | Email/Text: crdept@na.firstsource.com | Oct 31 2024 00:02:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14388849 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 31 2024 00:02:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14388848 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 31 2024 00:02:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14388850 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 31 2024 00:02:00 | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 14388853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2024 00:05:25 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14388852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 31 2024 00:29:41 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14388855 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 31 2024 00:03:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14388854 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 31 2024 00:03:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14389347 | ^ | MEBN | | |
| | | | Oct 30 2024 23:54:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14936193 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 31 2024 00:02:00 | The Bank of New York, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane, & Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14935824 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 31 2024 00:02:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14391329 | ^ | MEBN | | |
| | | | Oct 30 2024 23:54:26 | The Bank of New York Mellon as Trustee for CWABS,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14406824 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 31 2024 00:03:00 | The Bank of New York Mellon et. al,, c/o Select Portfolio Servicing, LLC, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:**

**Name**                         **Email Address**

CAMERON DEANE
                                 on behalf of Debtor Holly Waugh cdeane@weltman.com   tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
                                 on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
                                 on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-17 bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

MICHELLE L. MCGOWAN
    on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-17 mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com

PAUL H. YOUNG
    on behalf of Debtor Holly Waugh support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

Form 138OBJ (6/24)−doc 107 − 100

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Holly Waugh ) Case No. 19−15747−pmm
   aka Hollianne Waugh )
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 30, 2024                                                            For The Court

                                                                                  Timothy B. McGrath
                                                                                  Clerk of Court