# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Holly Waugh aka Hollianne Waugh**<br><br>                              **Debtor(s)** | **BK NO. 19-15747 PMM**<br><br>**Chapter 13** |
| **The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17**<br><br>                              **Movant**<br><br>                    vs.<br><br>**Holly Waugh aka Hollianne Waugh**<br><br>                              **Debtor(s)**<br><br>**Scott Waterman**,<br><br>                              **Trustee** | **Related to Claim No. 1-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 4, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Holly Waugh aka Hollianne Waugh
2138 Hay Street
Easton, PA 18042

Attorney for Debtor(s)
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: May 4, 2022

                              **/s/Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              215-825-6327
                              rsolarz@kmllawgroup.com